UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

Jung-Bong Lee

    Defendant(s),

11 CR 803 ( )

**ORDER OF REFERRAL**

    The defendant, Jung-Bong Lee, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

Dated: 11/18/11

SO ORDERED.

_____
Katharine S. Haydn, U.S.D.J.

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)